IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURICE BROWN,

        Plaintiff,                  No. CIV S-05-1086 MCE DAD P

    vs.

M. PENNER, M.D., et al.,

        Defendants.        ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Although plaintiff's in forma pauperis application includes a certificate completed by plaintiff's institution, the application does not include a certified copy of plaintiff's prison trust account statement for the six month period immediately preceding the filing of plaintiff's complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be granted thirty days to submit a copy of his in forma pauperis application with a certified copy of his prison trust account statement.

        In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit, within thirty days after this order is filed, a copy of his in forma pauperis application that includes a certified copy of plaintiff's prison trust account statement for the six month period

1

Dockets.Justia.com

1 immediately preceding the filing of plaintiff's complaint.  Plaintiff's failure to comply with this
2 order or seek an extension of time to comply may result in a recommendation that this action be
3 dismissed without prejudice.  <u>See</u> Local Rule 11-110.
4 DATED: June 6, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

7 DAD:kw:bb
brow1086.3c

2