IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURICE BROWN,

        Plaintiff,                      No. CIV S-05-1086 MCE DAD P

    vs.

M. PENNER, M.D., et al.,

        Defendants.             ORDER TO SHOW CAUSE

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action. In accordance with the court's order filed November 10, 2005, the United States Marshal served plaintiff's complaint on defendants Penner and Turella. On January 17, 2006, defendants filed a motion to dismiss this action pursuant to Rule 12(b)(6) and non-enumerated Rule 12(b) of the Federal Rules of Civil Procedure. Plaintiff has not responded to the motion.

        The court's November 10, 2005 order provides that all motions to dismiss and all motions pursuant to Rule 12 of the Federal Rules of Civil Procedure "shall be briefed pursuant to Local Rule 78-230(m)" and cautions that "[f]ailure to oppose such a motion timely may be deemed a waiver of opposition to the motion." (Order filed Nov. 10, 2005, at 3.[1]) In addition,

---

[1] The November 10, 2005 order instructed the Clerk of the Court to serve upon plaintiff a copy of the Local Rules of Court. (Order filed Nov. 10, 2005, at 5.)

1

the order provides specific instructions for opposing a motion to dismiss for failure to exhaust administrative remedies brought pursuant to non-enumerated Rule 12(b). (Id. at 3-4.)

Local Rule 78-230(m) provides that any opposition to the granting of a motion filed in a prisoner case "shall be served and filed with the Clerk by the responding party not more than eighteen (18) days, plus three (3) days for mailing or electronic service, after the date of service of the motion." Local Rule 78-230(m).[2] Defendants have filed a declaration of service that reflects mail service of their motion on January 17, 2006. In accordance with Local Rule 78-230(m), plaintiff was required to file any opposition to defendants' motion within eighteen days, plus three for mail service, after January 17, 2006. Pursuant to the mailbox rule applicable to prisoner filings, plaintiff was required to deliver his opposition to prison officials for mailing on or before February 7, 2006. Plaintiff's opposition is two months overdue.

Plaintiff will be granted eighteen days, plus three for mail service of this order, to file and serve a declaration under penalty of perjury in which he shows good cause for his failure to respond to defendants' motion as required by the November 10, 2005 order and Local Rule 78-230(m). Plaintiff's declaration must be accompanied by his opposition, or a statement of non-opposition, to defendants' motion to dismiss. Because plaintiff has had more than two and a half months to prepare opposition, no extension of time will be granted absent extraordinary circumstances. Plaintiff's failure to respond to this order in a timely manner will result in a recommendation that the district judge dismiss this action with prejudice on the basis of plaintiff's failure to comply with court orders and applicable rules. See Local Rule 11-110.

/////

---

[2] The Marshal was directed to serve each defendant with a copy of the court's November 10, 2005 order. Despite the provisions of that order, and contrary to Local Rule 78-230(m), which is set forth in full in defendants' motion, defendants have erroneously advised plaintiff that his "opposition must be filed in accord with the scheduling order to be issued by the Court in this matter, and if no scheduling order is issued by the Court, not more than 30 days after the date of the service of this notice." (Defs.' Notice of Mot. and Mot. to Dismiss Compl. at 2.) Plaintiff is directed to disregard assertions by defendants that conflict with court orders and applicable rules.

IT IS ORDERED that:

1. Plaintiff shall file and serve, within twenty-one days after the date on which this order is signed, a declaration under penalty of perjury in which plaintiff shows good cause for his failure to respond to defendants' motion to dismiss; plaintiff's declaration must be accompanied by his opposition or statement of non-opposition to defendants' motion to dismiss;

2. If plaintiff files opposition to defendants' motion to dismiss, defendants' reply shall be filed and served in accordance with Local Rule 78-230(m); and

3. Plaintiff's failure to file a timely response to this order will result in a recommendation that the district judge dismiss this action with prejudice on the basis of plaintiff's failure to comply with multiple court orders and applicable rules.

DATED: April 6, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
brow1086.osc