IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURICE BROWN,

        Plaintiff,                      No. CIV S-05-1086 MCE DAD P

   vs.

M. PENNER, M.D., et al.,

        Defendants.          <u>ORDER</u>

_____/

        Plaintiff has requested appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for appointment of counsel will therefore be denied.

/////

/////

/////

1         Accordingly, IT IS HEREBY ORDERED that plaintiff's June 28, 2006 motion for
2 appointment of counsel is denied.
3 DATED: July 10, 2006.

```
                            _____
                            DALE A. DROZD
                            UNITED STATES MAGISTRATE JUDGE
```

DAD:13:bb
brow1086.31