1

2

3

4

5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MAURICE BROWN,                       No. 2:05-cv-1086-MCE-DAD-P

12             Plaintiff,

13        v.                              ORDER

14   M. PENNER, M.D., et al.,

15             Defendants.

16   _____/

17        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19   28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

20        On July 11, 2006, the magistrate judge filed findings and recommendations herein which

21   were served on all parties and which contained notice to all parties that any objections to the

22   findings and recommendations were to be filed within twenty days.  Neither party has filed

23   objections to the findings and recommendations.

24        The court has reviewed the file and finds the findings and recommendations to be

25   supported by the record and by the magistrate judge's analysis.

26   /////

1

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed July 11, 2006, are adopted in full;

2.  Defendants' January 17, 2006 motion to dismiss is denied; and

3.  Defendant Penner shall file an answer to plaintiff's complaint within the time provided by Rule 12(a)(4)(A) of the Federal Rules of Civil Procedure.

DATED: August 8, 2006

_____

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE