1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MAURICE BROWN,

11          Plaintiff,                        No. CIV S-05-1086 MCE DAD P

12       vs.

13   M. PENNER, M.D., et al.,

14          Defendants.                       FINDINGS & RECOMMENDATIONS

15   _____/

16          By order filed November 22, 2006, this court directed plaintiff to file, within

17   thirty days, a status report.  Thirty days have since passed, and plaintiff has not filed a status

18   report or otherwise responded to the court's order.  Accordingly, IT IS HEREBY

19   RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 11-110.

20          These findings and recommendations will be submitted to the United States

21   District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within

22   twenty days after being served with these findings and recommendations, plaintiff may file

23   written objections with the court.  The document should be captioned "Objections to Magistrate

24   Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections

25   /////

26   /////

1

1   within the specified time may waive the right to appeal the District Court's order.  Martinez v.

2   Ylst, 951 F.2d 1153 (9th Cir. 1991).

3   DATED: January 9, 2007.

4

5   _____

6   DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE

7   DAD:lg
    brow1086.fsr

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26