IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURICE BROWN,

    Plaintiff,                     No. CIV S-05-1086 MCE DAD P

    vs.

M. PENNER, M.D., et al.,

    Defendants.           <u>ORDER</u>

/

        In findings and recommendations filed January 10, 2007, the undersigned has recommended that this action be dismissed due to plaintiff's failure to respond in any way to the court's November 22, 2006 order, requiring plaintiff to file a status report. On February 9, 2007, plaintiff late-filed a status report and late-filed objections to the findings and recommendations, declaring that he never received the court's order to file a status report.[1] Plaintiff has failed to file a proof of service reflecting service of his status report or objections on defendants but will be granted leave to do so. A sample proof of service was provided to plaintiff shortly after the case commenced.

        In the interests of justice, this court will vacate the pending findings and recommendations and grant plaintiff an opportunity to serve his status report and objections on

---

[1] Although plaintiff maintains that he never received the court's order to file a status report, plaintiff's late-filed status report contains precisely what the court requested in the order.

1

1 defendants.  Plaintiff is cautioned that repeated failure to comply with applicable rules and orders
2 may be a ground for dismissal of an action.  <u>See</u> E.D. Cal. Local Rule 11-110.
3       Accordingly, IT IS HEREBY ORDERED that:
4       1. This court's findings and recommendations filed on January 10, 2007, are
5 vacated;
6       2. Plaintiff shall serve his objections and status report on defendants within thirty
7 days after the date on which this order is filed; and
8       3. Defendants shall file a status report within thirty days of being served with
9 plaintiff's status report.
10 DATED: February 21, 2007.

*[Signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
brow1086.vac