IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURICE BROWN,

    Plaintiff,      No. CIV S-05-1086 MCE DAD P

    vs.

M. PENNER, M.D., et al.,

    Defendants.      <u>ORDER</u>

_____/

    Plaintiff has requested an extension of time to file an opposition to the defendants' May 29, 2007 motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's July 10, 2007 application for an extension of time (doc. 43) is granted; and

    2. Plaintiff is granted thirty days from the date of this order in which to file an opposition to the defendants motion for summary judgment. Any reply shall be filed and served in accordance with Local Rule 78-230(m).

DATED: July 23, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:bb
brow1086.36opp