IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE BROWN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>M. PENNER, M.D., et al.,<br><br>　　　　　　Defendants. | 2:05-cv-01086-MCE-DAD-PC<br><br><br>ORDER |

**ORDER**

For good cause appearing, **IT IS ORDERED** that defendant Dr. Penner may timely serve Objections to the Findings and Recommendations of the Magistrate Judge which were filed on November 29, 2007, thirty days after the Court Orders the substitution of attorneys for Dr. Penner.

Dated: December 5, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1