IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURICE BROWN,

     Plaintiff,                    No. CIV S-05-1086 MCE DAD P

     vs.

M. PENNER,

     Defendant.                <u>ORDER</u>

_____/

        On November 29, 2007, this court issued findings and recommendations, recommending that defendant's motion for summary judgment be denied. On January 4, 2008, defendant filed objections. The assigned district judge has not yet ruled on the matter.

        On January 16, 2008, defendant filed an ex parte request to vacate scheduling order dates related to pretrial statements and pretrial conference. Good cause appearing, the court will grant defendant's request in part and revise scheduling order dates related to pretrial statements, pretrial conference, and jury trial.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Defendant's request to vacate scheduling order dates related to pretrial statements and pretrial conference is granted in part.

/////

      2. Plaintiff's pretrial statement as described in the court's scheduling order filed April 30, 2007, is continued from January 18, 2008, to May 16, 2008. Defendant's pretrial statement as described in the court's scheduling order filed April 30, 2007, is continued from January 25, 2008, to May 23, 2008.

      3. The Pretrial conference, as described in the court's scheduling order filed April 30, 2007, is continued from February 1, 2008, to May 30, 2008. The pretrial conference shall be conducted on the file only, without appearance by either party.

      4. Jury trial before the Honorable Morrison C. England Jr., as described in the court's scheduling order filed April 30, 2007, is continued from April 9, 2008, to August 4, 2008 at 9:00 a.m. in Courtroom No. 3.

      5. Except as set forth in this order, the scheduling order filed April 30, 2007, remains in effect.

DATED: January 22, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
brow1086.41mod