IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURICE BROWN,

       Plaintiff,           No. CIV S-05-1086 MCE DAD P

    vs.

M. PENNER,

       Defendant.       <u>ORDER</u>

_____/

       On January 22, 2008, this court issued a scheduling order requiring plaintiff to file a pretrial statement on or before May 16, 2008.  Plaintiff has failed to comply with this court's order.  The court previously advised the parties that failure to file a pretrial statement may result in the imposition of sanctions, including a recommendation for dismissal of this action.

       Good cause appearing, IT IS HEREBY ORDERED that within twenty days of the date of this order plaintiff shall file a pretrial statement and shall show cause in writing why sanctions should not be imposed.

DATED: May 28, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
brow1086.pts