IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURICE BROWN,

    Plaintiff,                       No. CIV S-05-1086 MCE DAD P

    vs.

M. PENNER,

    Defendant.                <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file a pretrial statement pursuant to the court's May 29, 2008 order to show cause. Good cause appearing, plaintiff's request will be granted. In addition, the court will revise scheduling order dates related to pretrial conference and jury trial.

        Accordingly, IT IS HEREBY ORDERED that:

    1. Plaintiff's June 30, 2008 motion for an extension of time is granted;

    2. Plaintiff is granted thirty days from the date of this order in which to file a pretrial statement;

    3. Pretrial conference, as described in the court's modified scheduling order filed January 22, 2008, is continued from May 30, 2008, to September 5, 2008;

/////

4. Jury trial before the Honorable Morrison C. England Jr., as described in the court's modified scheduling order filed January 22, 2008, is continued from August 4, 2008, to January 12, 2009, at 9:00 a.m. in Courtroom No. 7; and

5. Except as set forth in this order, the court's scheduling order remains in effect.

DATED: July 2, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
brow1086.36pts

2