1

2

3

4

5

6

7

8        IN THE UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MAURICE BROWN,

11            Plaintiff,              No. CIV S-05-1086 MCE DAD P

12        vs.

13   M. PENNER,                       ORDER AND

14            Defendant.              FINDINGS AND RECOMMENDATIONS

15   _____/

16            By order filed January 22, 2008, this court directed plaintiff to file a pretrial

17   statement on or before May 16, 2008.  On May 29, 2008, an order was issued requiring plaintiff

18   to file a pretrial statement within twenty days and show cause in writing why sanctions should

19   not be imposed.  On July 2, 2008, plaintiff was granted an additional thirty days to comply with

20   the court's order.  The time period has now expired and plaintiff has not filed a pretrial statement

21   or otherwise responded to the court's order.  The court will therefore recommend that this action

22   be dismissed without prejudice.  See Fed. R. Civ. P. 16(f); Local Rule 11-110.

23            In accordance with the above, IT IS HEREBY ORDERED that:

24        1.  Defendant is relieved from filing a pretrial statement.

25        2.  The pretrial conference set for September 5, 2008 is vacated; and

26   /////

1

1          IT IS HEREBY RECOMMENDED that this action be dismissed without

2   prejudice.  <u>See</u> Fed. R. Civ. P. 16(f); Local Rule 11-110.

3          These findings and recommendations are submitted to the United States District

4   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

5   days after being served with these findings and recommendations, any party may file written

6   objections with the court and serve a copy on all parties.  Such a document should be captioned

7   "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections

8   shall be served and filed within ten days after service of the objections.  The parties are advised

9   that failure to file objections within the specified time may waive the right to appeal the District

10  Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

11  DATED: August 12, 2008.

12

13                                              _____

14                                              DALE A. DROZD
                                                UNITED STATES MAGISTRATE JUDGE
15  DAD:lg
    brow1086.fpt(2)
16

17

18

19

20

21

22

23

24

25

26

2