IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURICE BROWN,

        Plaintiff,                         No. CIV S-05-1086 MCE DAD P

    vs.

M. PENNER,

        Defendant.                 ORDER

_____/

        On September 17, 2008, plaintiff filed an incomplete pretrial statement. Under Local Rule 16-281, plaintiff is required to address the following topics in his pretrial statement: (1) Jurisdiction - Venue, (2) Jury - Non-Jury, (3) Undisputed Facts, (4) Disputed Factual Issues, (5) Disputed Evidentiary Issues, (6) Specific Factual Information, (7) Relief Sought, (8) Points of Law, (9) Abandoned Issues, (10) Witnesses, (11) Exhibits - Schedules and Summaries, (12) Discovery Documents, (13) Further Discovery or Motions, (14) Stipulations, (15) Amendments - Dismissals, (16) Settlement Negotiations, (17) Agreed Statements, (18) Separate Trial of Issues, (19) Impartial Experts - Limitation of Experts, (20) Attorneys' Fees, (21) Trial Exhibits, (22) Miscellaneous. See Local Rule 16-281. Plaintiff's pretrial statement addresses only the first five required topics.

/////

1

1          The court has previously granted plaintiff several extensions of time to file his
2   pretrial statement.  In addition, the court has issued findings and recommendations,
3   recommending dismissal of this action because of plaintiff's failure to file a timely pretrial
4   statement.  Plaintiff's repeated failure to comply with court orders raises serious questions about
5   whether plaintiff has diligently prosecuted this case.  Plaintiff is strongly advised that the district
6   court possesses the discretionary authority to dismiss an action based on plaintiff's failure to
7   diligently prosecute.  Fed. R. Civ. P. 41(b).  The court will grant plaintiff a final opportunity to
8   file a complete pretrial statement addressing all of the required topics outlined in Local Rule 16-
9   281.  If plaintiff does not file a timely pretrial statement, the court will forward its August 13,
10  2008 findings and recommendations to the assigned district judge.
11          In accordance with the above, IT IS HEREBY ORDERED that plaintiff is granted
12  a final twenty days from the date of service of this order to file a complete pretrial statement
13  addressing the 22 topics outlined in Local Rule 16-281.  If plaintiff fails to file a pretrial
14  statement in accordance with this order, the undersigned will forward the August 13, 2008
15  findings and recommendations to the assigned district judge.
16  DATED: October 24, 2008.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

20  DAD:9
    brow1086.incpts

2