## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE B. MAURICE BROWN, | CASE NO. 2:05-CV-01086 MCE DAD PC |
| Plaintiff | STIPULATION REGARDING VIDEO RECORDED TESTIMONY OF TRIAL WITNESS DR. V.M. DUC IN LIEU OF LIVE TESTIMONY; ORDER |
| v. | |
| M. PENNER, M.D., et al. | |
| Defendants. | |

The parties have filed a Stipulation Regarding Video Recorded Testimony of Trial Witness Dr. V.M. Duc in Lieu of Live Testimony. GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the testimony provided by witness, Dr. V.M. Duc, M.D., will be video recorded and used at trial in lieu of Dr. Duc's live testimony.

**IT IS SO ORDERED**.

Dated: July 23, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE