IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURICE BROWN,

        Plaintiff,                       No. CIV S-05-1086 MCE DAD P

    vs.

M. PENNER,

        Defendant.                 <u>ORDER</u>

        On July 1, 2010, the Magistrate Judge issued an order denying plaintiff's motion for appointment of counsel. On July 22, 2010, plaintiff filed a request for reconsideration of that order. Local Rule 303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within fourteen days . . . from the date of service of the ruling on the parties. . ." E.D. Local Rule 303(b). Plaintiff's request for reconsideration of the magistrate judge's order of July 1, 2010, is therefore untimely.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's July 22, 2010, request for reconsideration (Doc. No. 92) is denied.

Dated: July 29, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE